**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CIARA SKY STARR,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

No. 2:26-cv-1934-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On June 5, 2026, the Court directed Plaintiff to resolve the fees status for this case within 30 days. See ECF No. 4. As of July 22, 2026, Plaintiff had not complied and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 6. On August 4, 2026, Plaintiff filed a motion for an extension of time to resolve fees. See ECF No. 8. On August 14, 2026, Plaintiff filed objections to the July 22, 2026, findings and recommendations. See ECF No. 9. Good cause appearing therefor, the July 22, 2026, findings and recommendations will be vacated and Plaintiff's motion for an extension of time will be granted.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on July 22, 2026, are vacated.

2. Plaintiff's motion for an extension of time, ECF No. 8, is granted.

3. Plaintiff shall resolve the fee status for this case within 30 days of the date of this order.

Dated: August 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE